1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 EASTERN DISTRICT OF CALIFORNIA

11

12 ALONZO TREVON TALLEY,          Case No. 1:14-cv-00781 DLB PC

13             Plaintiff,          ORDER REQUIRING PLAINTIFF TO
                                   EITHER FILE COMPLETE APPLICATION
14     v.                          TO PROCEED IN FORMA OR PAY THE
                                   FILING FEE WITHIN FORTY-FIVE DAYS
15 CANTU, et al.,

16             Defendants.

17

18         Plaintiff Alonzo Trevon Talley ("Plaintiff") is a California state prisoner proceeding pro se in

19 this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion seeking leave to proceed in

20 forma pauperis, but the form application he submitted lacks the requisite authorization for the

21 deduction of the filing fee from Plaintiff's trust account as funds are available.  28 U.S.C. § 1915.

22         Accordingly, IT IS HEREBY ORDERED that:

23         1.      Within forty-five (45) days from the date of service of this order, Plaintiff shall file

24 the attached application to proceed in forma pauperis, completed and signed, or in the alternative,

25 pay the $400.00 filing fee for this action;

26         2.      No extension of time will be granted without a showing of good cause; and

27

28

1

3.     The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **May 23, 2014**                              /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE