# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO TREVON TALLEY, | Case No. 1:14cv-00781-LJO-DLB PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S IN FORMA PAUPERIS STATUS ON APPEAL |
| v. | |
| CANTU, et al., | (Document 22) |
| Defendants. | |

Plaintiff Alonzo Trevon Talley ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed a notice of appeal on November 9, 2015. On November 12, 2015, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith. 28 U.S.C. § 1915(a)(3).

Plaintiff's appeal is not frivolous, nor is it taken in bad faith. Accordingly, Plaintiff's in forma pauperis status should continue on appeal.

IT IS SO ORDERED.

Dated: **November 13, 2015**      /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

1